ALAN J. LEFEBVRE, ESQ.
Nevada Bar No. 000848
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 011271
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: alefebvre@klnevada.com
wschuller@klnevada.com

Attorneys for Defendant,
CITY OF LAS VEGAS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| 180 LAND CO LLC, a Nevada limited liability company; FORE STARS, LTD., a Nevada limited-liability company; SEVENTY ACRES LLC, a Nevada limited-liability company; YOHAN LOWIE, an individual,<br><br>          Plaintiffs,<br><br>vs.<br><br>CITY OF LAS VEGAS, political subdivision of the State of Nevada; JAMES R. COFFIN, in both his official capacity with the City of Las Vegas and in his personal capacity; STEVEN G. SEROKA, in both his official capacity with the City of Las Vegas and in his personal capacity,<br><br>          Defendants. | CASE NO. 2:18-cv-00547-JCM-CWH<br><br>**STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT**<br>(First Request) |

///

///

///

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Plaintiffs, 180 LAND CO LLC; FORE STARS, LTD.; SEVENTY ACRES LLC; and YOHAN LOWIE (collectively, "Plaintiffs"), and Defendant, CITY OF LAS VEGAS ("City of Las Vegas") (collectively the "Parties"), by and through their undersigned counsel, stipulate to extend the time for the City of Las Vegas to file its response to the Complaint Pursuant to 42 U.S.C. § 1983 [ECF No. 1] (the "Complaint") to May 2, 2018. Plaintiffs filed the Complaint on March 26, 2018. City of Las Vegas' response is currently due on April 18, 2018. This two-week extension is required due to the complexity of the issues. This is the first stipulation for extension of time to file City of Las Vegas' response.

DATED this 17th day of April, 2018.

**HUTCHISON & STEFFEN, PLLC**

By /s/ Joseph S. Kistler, Esq.
MARK A. HUTCHISON, ESQ.
Nevada Bar No. 004639
JOSEPH S. KISTLER, ESQ.
Nevada Bar No. 003458
ROBERT T. STEWART, ESQ.
Nevada Bar No. 013770
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145

Attorneys for Plaintiffs,
180 LAND CO LLC; FORE STARS, LTD.;
SEVENTY ACRES LLC; and YOHAN
LOWIE

DATED this 17th day of April, 2018.

**KOLESAR & LEATHAM**

By /s/ William D. Schuller, Esq.
ALAN J. LEFEBVRE, ESQ.
Nevada Bar No. 000848
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 011271
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

Attorneys for Defendant,
CITY OF LAS VEGAS

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 19, 2018

---

*180 Land Co LLC, et al. v. City of Las Vegas, et al.*/2:18-cv-00547-JCM-CWH
Stipulation and Proposed Order for Extension of Time to File Response to Complaint