Mark A. Hutchison (4639)
Joseph S. Kistler (3458)
Robert T. Stewart (13770)
HUTCHISON & STEFFEN, PLLC
10080 West Alta Drive, Suite 200
Las Vegas, Nevada  89145
Telephone:    (702) 385-2500
Facsimile:     (702) 385-2086
mhutchison@hutchlegal.com
jkistler@hutchlegal.com
rstewart@hutchlegal.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| 180 LAND CO LLC, a Nevada limited-liability company; FORE STARS, LTD., a Nevada limited-liability company; SEVENTY ACRES LLC, a Nevada limited-liability company; YOHAN LOWIE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LAS VEGAS, a political subdivision of the State of Nevada; JAMES R. COFFIN, in both his official capacity with the City of Las Vegas and in his personal capacity; STEVEN G. SEROKA, in both his official capacity with the City of Las Vegas and in his personal capacity,<br><br>Defendants. | Case: 2:18-cv-00547-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT CITY OF LAS VEGAS'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT, AND MOTION TO STAY**<br><br>**(First Request)** |

Plaintiffs 180 Land Co LLC, Fore Stars, Ltd., Seventy Acres LLC, and Yohan Lowie (collectively "Plaintiffs"), by and through their counsel, Hutchison & Steffen, PLLC, and Defendant City of Las Vegas ("City"), by and through its counsel, Kolesar & Leatham, hereby stipulate and agree to extend the time for Plaintiffs to respond to the City's Motion to Dismiss, or in the Alternative, Motion for More Definite Statement, and Motion to Stay (Doc. 14) (hereafter, "Motion") from May 16, 2018, to May 23, 2018.  The Motion (Doc. 14) was filed on May 2,

1

2018. Plaintiffs and the City also stipulate to extend the time for the City to reply to Plaintiffs' forthcoming response to the Motion from May 30, 2018, to June 6, 2018.

This stipulation is submitted pursuant to LR 1A 6-1, 6-2, LR II 7-1, and LR 26-4, and this is the first stipulation for an extension of time for Plaintiffs' response to the City's Motion. Plaintiffs request the extension due to the complexity, gravity, and volume of the legal and factual issues involved in the City's Motion.

In summary, Plaintiffs and the City stipulate to the following briefing schedule: the time for Plaintiffs to respond to the City's Motion (Doc. 14) is extended from May 16, 2018, to May 23, 2018; and the time for the City to reply to Plaintiffs' forthcoming response to the Motion is extended from May 30, 2018, to June 6, 2018.

| | |
|---|---|
| **Dated: May 16, 2018** | **Dated: May 16, 2018** |
| Hutchison & Steffen, PLLC | Kolesar & Leatham |
| */s/ Robert Stewart* | */s/ Alan Lefebvre* |
| Mark A. Hutchison (4639) <br> Joseph S. Kistler (3458) <br> Robert T. Stewart (13770) <br> 10080 West Alta Drive, Suite 200 <br> Las Vegas, Nevada 89145 <br> Telephone: (702) 385-2500 <br> Facsimile: (702) 385-2086 <br> mhutchison@hutchlegal.com <br> jkistler@hutchlegal.com <br> rstewart@hutchlegal.com <br> *Attorneys for Plaintiffs* | Alan J. Lefebvre (848) <br> William D. Schuller (11271) <br> 400 South Rampart Blvd, Suite 400 <br> Las Vegas, Nevada 89145 <br> Telephone: (702) 362-7800 <br> Facsimile: (702) 362-9472 <br> alefebvre@klnevada.com <br> wschuller@klnevada.com |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: May 17, 2018.

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Hutchison & Steffen, PLLC and that on this 17th day of May, 2018 I caused the above and foregoing document entitled **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT CITY OF LAS VEGAS'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT, AND MOTION TO STAY** to be served as follows by personally transmitting a copy of same via the Court's CM/ECF Internet system to their respective registered email site.

*/s/ Suzanne Morehead*

An employee of
HUTCHISON & STEFFEN, PLLC