Mark A. Hutchison (4639)
Joseph S. Kistler (3458)
Robert T. Stewart (13770)
HUTCHISON & STEFFEN, PLLC
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086
mhutchison@hutchlegal.com
jkistler@hutchlegal.com
rstewart@hutchlegal.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| 180 LAND CO LLC, a Nevada limited-liability company; FORE STARS, LTD., a Nevada limited-liability company; SEVENTY ACRES LLC, a Nevada limited-liability company; YOHAN LOWIE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LAS VEGAS, a political subdivision of the State of Nevada; JAMES R. COFFIN, in both his official capacity with the City of Las Vegas and in his personal capacity; STEVEN G. SEROKA, in both his official capacity with the City of Las Vegas and in his personal capacity,<br><br>Defendants. | Case: 2:18-cv-00547-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS JAMES COFFIN'S AND STEVEN SEROKA'S MOTION TO DISMISS AND JOINDER TO MOTION TO DISMISS**<br><br>**(First Request)** |

Plaintiffs 180 Land Co LLC, Fore Stars, Ltd., Seventy Acres LLC, and Yohan Lowie (collectively "Plaintiffs"), by and through their counsel, Hutchison & Steffen, PLLC, and Defendant James Coffin and Steven Seroka, by and through their counsel, Olson, Cannon, Gormley, Angulo & Stoberski, hereby stipulate and agree to extend the time for Plaintiffs to respond to the Motion to Dismiss (Doc. 16) and Joinder to Motion to Dismiss (Doc. 17) filed on

1

May 15, 2018, by Defendants Coffin and Seroka from the current due-date of May 29, 2018, to June 5, 2018.

This stipulation is submitted pursuant to LR 1A 6-1, 6-2, LR II 7-1, and LR 26-4, and this one-week extension is the first request for an extension of time for Plaintiffs' response to Defendant Coffin's and Seroka's Motion to Dismiss and Joinder to Motion to Dismiss. Plaintiffs request the extension due to the complexity, gravity, and volume of the legal and factual issues involved in Defendant Coffin's and Seroka's Motion to Dismiss. Moreover, the Joinder to Motion to Dismiss includes argument in addition to the joined motion which requires a response.

In summary, Plaintiffs and Defendants Coffin and Seroka stipulate to the following briefing schedule: the time for Plaintiffs to respond to the Motion to Dismiss (Doc. 16) and Joinder to Motion to Dismiss is extended from May 29, 2018, to June 5, 2018. This request is not made for purposes of delay.

**Dated: May 23, 2018**

Hutchison & Steffen, PLLC

*/s/ Joseph S. Kistler*
_____
Mark A. Hutchison (4639)
Joseph S. Kistler (3458)
Robert T. Stewart (13770)
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086
mhutchison@hutchlegal.com
jkistler@hutchlegal.com
rstewart@hutchlegal.com
*Attorneys for Plaintiffs*

**Dated: May 23, 2018**

Olson, Cannon, Gormley, Angulo
& Stoberski

*/s/ Peter M. Angulo*
_____
Peter M. Angulo
9950 W. Cheyenne Ave.
Las Vegas, Nevada 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
*Attorney for Defendants Coffin and Seroka*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: May 25, 2018

2

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of Hutchison & Steffen, PLLC and that on this 24th day of May, 2018 I caused the above and foregoing document entitled **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS JAMES COFFIN'S AND STEVEN SEROKA'S MOTION TO DISMISS** to be served as follows by personally transmitting a copy of same via the Court's CM/ECF Internet system to their respective registered email site.

*/s/ Suzanne Morehead*
_____
An employee of
HUTCHISON & STEFFEN, PLLC