PETER M. ANGULO, ESQ.
OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 - telephone
(702) 383-0701 - facsimile

Attorneys for Defendants
JAMES R. COFFIN, STEVEN G. SEROKA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| 180 LAND CO LLC, a Nevada limited liability company; FORE STARS, LTD., a Nevada limited liability company; Seventy Acres, LLC, a Nevada limited liability company; Yohan Lowie, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LAS VEGAS, a political subdivision of the State of Nevada; JAMES R. COFFIN, in both his official capacity with the City of Las Vegas and in his personal capacity; STEVEN G. SEROKA, in both his official capacity with the City of Las Vegas and in his personal capacity,<br><br>Defendants. | CASE NO. 2:18-CV-00547-JCM-CWH |

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS COFFIN AND SEROKA TO REPLY TO OPPOSITION TO MOTION TO DISMISS AND JOINDER TO MOTION TO DISMISS**
**(First Request)**

Defendants, JAMES R. COFFIN and STEVEN G. SEROKA, by and through their counsel of record, PETER M. ANGULO, ESQ. of the law firm of OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI and Plaintiffs, 180 LAND CO LLC, FORE STARS, LTD., SEVENTY ACRES LLC and YOHAN LOWIE, by and through their counsel of record JOSEPH S. KISTLER, ESQ. of the law firm of HUTCHISON & STEFFEN, PLLC, hereby stipulate and agree to extend the time for Defendants Coffin and Seroka to file their Replies supporting their Motion to Dismiss (#16) and Joinder to Motion to Dismiss (#17) filed on May

15, 2018 from the current due date of June 12, 2018, to June 19, 2018.

This stipulation is submitted pursuant to LR IA 6-1, 6-2, II 7-1, and LR 26-4, and this one-week extension is the first request for an extension of time for Defendants to file their replies supporting their Motion to Dismiss and Joinder to City of Las Vegas' Motion to Dismiss. Defendants request the extension due to their attorney, Peter M. Angulo, Esq., recently had surgery out of state and must travel back to Maryland for a follow up with his surgeon.

In summary, Defendants and Plaintiffs stipulate to the following briefing schedule: the time for Defendants to file their Replies supporting Motion to Dismiss (#16) and Joinder to Motion to Dismiss (#17) filed on May 15, 2018, is extended from June 12, 2018 to June 19, 2018. This request is not made for purposes of delay.

DATED 7th day of June, 2018.

Hutchison & Steffen, PLLC

/s/ Joseph S. Kistler
Mark A. Hutchison, Esq.
Joseph S. Kistler, Esq.
Robert T. Stewart, Esq.
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Attorneys for Plaintiffs

DATED this 7th day of June, 2018.

Olson, Cannon, Gormley, Angulo & Stoberski

/s/ Peter M. Angulo
Peter M. Angulo, Esq.
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendants Coffin Seroka

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE
DATED June 12, 2018