Mark A. Hutchison (4639)
Joseph S. Kistler (3458)
Matthew K. Schriever (10745)
HUTCHISON & STEFFEN, PLLC
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone:    (702) 385-2500
Facsimile:     (702) 385-2086
mhutchison@hutchlegal.com
jkistler@hutchlegal.com
mschriever@hutchlegal.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| 180 LAND CO LLC, a Nevada limited-liability company; FORE STARS, LTD., a Nevada limited-liability company; SEVENTY ACRES LLC, a Nevada limited-liability company; YOHAN LOWIE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LAS VEGAS, a political subdivision of the State of Nevada; JAMES R. COFFIN, in both his official capacity with the City of Las Vegas and in his personal capacity; STEVEN G. SEROKA, in both his official capacity with the City of Las Vegas and in his personal capacity,<br><br>Defendants. | Case: 2:18-cv-00547-JCM-CWH<br><br>**Stipulation and Order Extending Certain Deadlines Set in Scheduling Order and Extending the Time for Submitting LR 26-3 Interim Status Report**<br><br>**(First Request)**<br><br>**(To be Referred to Magistrate Judge Pursuant to LR 26-7)** |

Plaintiffs 180 Land Co LLC ("180 Land"), Fore Stars, Ltd ("Fore Stars"), Seventy Acres LLC ("Seventy Acres"), and Mr. Yohan Lowie ("Mr. Lowie") appearing through their counsel of record; Defendant City of Las Vegas ("City"), appearing through its counsel of record; and Defendants James R. Coffin ("Coffin") and Steven G. Seroka ("Seroka"), appearing through their counsel of record, hereby stipulate and agree to extend certain deadlines set forth in the

1

Scheduling Order and extend the time for submitting the LR 26-3 Interim Status Report. This is the first stipulation for extension of any of the Scheduling Order's interim deadlines and to file the LR 26-3 Interim Status Report.

A.   <u>Deadlines Sought to be Extended</u>

The Parties seek to extend the Scheduling Order's deadlines for Expert Disclosures and the LR 26-3 Interim Status Report from their current due dates of August 31, 2018 for a period of thirty days to October 1, 2018. Additional extensions of the Scheduling Order's deadlines, as discussed <u>infra</u>, should be requested prior to October 1, 2018.

B.   <u>Discovery Completed</u>

None, other than the exchange of Initial Disclosures under FRCP 26 (a)(1)(A).

C.   <u>Discovery That Remains to be Completed</u>

Requests for production of documents by Plaintiffs from Defendants; other written discovery by Plaintiffs from Defendants; written discovery propounded by Defendants upon Plaintiffs; party and witness depositions by the Plaintiffs and Defendants.

D.   <u>Reasons Why Discovery Has Not Been Completed/Interim Deadlines Cannot be Met</u>

1.   In the Stipulated Discovery Plan (#39) filed June 20, 2018, the Parties acknowledged and agreed that "the default periods and terms of discovery under LR 26-1 (b) will be insufficient to meet the discovery needs of this case and will need to be extended. Rather than submitting speculative special scheduling required dates now, counsel have agreed to commence discovery under a standard plan and request better-informed, more precise

1  extensions based upon the discovery completed or attempted." [1] Thus, the default deadlines

2  were submitted with the *caveat* that extensions undoubtedly would be required.[2]

3      2.    On July 6, 2018, Plaintiffs propounded their initial requests for production of documents upon Defendants. Defendants Coffin and Seroka served their responses August 8, 2018; Defendant City served its responses August 20, 2018. No documents were provided by any of the Defendants in their responses. Consequently, a Motion to Compel responses from the Defendants was filed August 29, 2018 (#41).

    3.    As set forth in the responses attached to the Motion to Compel (#41, Exhibit 3), Defendants have taken the position that no discovery should occur until their pending motions to dismiss [3] and motion to stay discovery [4] have been acted upon by the Court. [5] Defendants' position is that claims of qualified immunity were made in the Motions to Dismiss and those claims preclude discovery during the pendency of the motions. [6] Plaintiffs disagree and believe that discovery should go forward unless limited by the Court. [7] The Parties specifically do not waive their respective positions regarding the timing and extent of discovery by entering into this stipulation. However, the Parties are at loggerheads regarding the timing and extent of discovery at this time, so no discovery is occurring.

    4.    The Parties ask for extensions of the immediate deadlines as requested, pending further decision and guidance from the Court. Once that guidance is received, the Parties, as

---

[1] Stipulated Discovery Plan (#39), 3:24-4:1.
[2] *Id.* 4: 4-18.
[3] Motion to Dismiss filed by the City (#14) with a Joinder (#17) and Motion to Dismiss filed by Seroka and Coffin (#16) with a Joinder (#23).
[4] Motion to Stay (#14).
[5] Motion to Compel (#41), Exhibit 3.
[6] *Id.*
[7] Motion to Compel (#41), 5:8 -6:12.

appropriate, will be able to request "better-informed, more precise extensions" of the discovery terms and deadlines, as promised in the Stipulated Discovery Plan.

Dated: August 30, 2018

HUTCHISON & STEFFEN, PLLC

*/s/ Joseph S. Kistler*
_____
Mark A. Hutchison (4639)
Joseph S. Kistler (3458)
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086
mhutchison@hutchlegal.com
jkistler@hutchlegal.com

*Attorneys for Plaintiffs*

Dated: August 30, 2018

KOLESAR & LEATHAM

*/s/ William D. Schuller*
_____
Alan J. LeFebvre, Esq.
William D. Schuller, Esq.
400 South Rampart Boulevard, Suite 400
Las Vegas, NV 89145

*Attorneys for Defendant City of Las Vegas*

Dated: August 30, 2018

OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI

*/s/ Peter M. Angulo*
_____
Peter M. Angulo
9950 W. Cheyenne Ave.
Las Vegas, Nevada 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0701

*Attorney for Defendants Coffin and Seroka*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 31, 2018

4