UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| 180 LAND CO LLC, et al., | Case No. 2:18-CV-547 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| CITY OF LAS VEGAS, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *180 Land Co LLC et al. v. City of Las Vegas et al.*, case number 2:18-cv-00547-JCM-CWH.

On September 27, 2018, plaintiffs 180 Land Co LLC; Fore Stars, Ltd; Seventy Acres LLC; and Yohan Lowie (collectively "plaintiffs") filed a motion for preliminary injunction, requesting that the court enjoin defendants James Coffin and Steven Seroka from participating in the Las Vegas City Council's consideration of Bill No. 2018-24. (ECF No. 52). The Recommending Committee is scheduled to consider the bill on October 15, 2018, which does not leave the parties sufficient time to fully litigate this motion under the default filing deadlines. Accordingly, the court will expedite the briefing schedule.

Defendants City of Las Vegas, Coffin, and Seroka will have until October 5, 2018, to file a response. Plaintiffs will have until October 9, 2018, to file a reply.

Accordingly,

IT IS SO ORDERED.

DATED October 1, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**